# IN THE UNITED STATES DISTRICT COURT
# THE MIDDLE DISTRICT OF TENNESSEE
# NASHVILLE DIVISION

| | |
|---|---|
| Oreck Franchise Services, Inc., | ) |
| | ) Case No. 3:12-cv-0578 |
| Plaintiff, | ) |
| | ) Judge Sharp |
| v. | ) Magistrate Judge Griffin |
| | ) |
| Andrew Gallagher and Karen Gallagher, | ) |
| | ) |
| Defendants. | ) |

## ENTRY OF DEFAULT

Pending is Plaintiff's Motion for Entry of Default against Defendants (Docket Entry No. 11). The motion is granted. Defendants have been served and have not filed a response within the time period required by law. Plaintiff has submitted a declaration of military service as to these Defendants as required by the Servicemembers Civil Relief Act of 2003 (50 App. U.S.C. 501 et seq.).

Accordingly, Default is Entered as to Defendants Andrew Gallagher and Karen Gallagher.

s/ *Keith Throckmorton*
Keith Throckmorton
Clerk of Court